judicial department, entered May 19, 1922, which unanimously affirmed an order of Special Term settling the accounts of a receiver.

The motion was made upon the grounds that the order appealed from was intermediate and that permission to appeal had not been obtained.

*J. Wilson Bryant* for motion.

*R. S. Johnson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

DENNIS F. CHAMBERS et al., Respondents, *v.* THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

*Appeal — unanimous affirmance by Appellate Division — appeal therefrom dismissed.*

*Chambers* v. *Supreme Council, C. B. L.,* 206 App. Div. 717, appeal dismissed.

(Submitted October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 24, 1923, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Joseph K. Ellenbogen* for motion.

*Edward J. Connolly* and *Harry J. Frey* opposed.

Motion granted and appeal dismissed, without costs.